**Maria Claudia Peralta GARCIA,
Petitioner,**

v.

**Alberto R. GONZALES, Attorney
General, Respondent.**

**No. 06–70344.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 16, 2007.*

Filed April 23, 2007.

Donald Kenton Smith, Esq., Law Office of Donald Kenton Smith, Laguna Hills, CA, for Petitioner.

District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Claire L. Workman, Esq., U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: O'SCANNLAIN, GRABER and BEA, Circuit Judges.

MEMORANDUM **

Maria Claudia Peralta Garcia seeks review of an order of the Board of Immigration Appeals upholding an immigration judge's order denying Peralta Garcia's application for cancellation of removal. We dismiss the petition for review.

We lack jurisdiction to review the discretionary determination that an applicant has failed to show exceptional and extremely unusual hardship to a qualifying relative, see *Romero–Torres v. Ashcroft,* 327 F.3d 887, 892 (9th Cir.2003), and Peralta Garcia does not raise a colorable due process claim, see *Martinez–Rosas v. Gonzales,* 424 F.3d 926, 930 (9th Cir.2005) ("traditional abuse of discretion challenges recast as alleged due process violations do not constitute colorable constitutional claims that would invoke our jurisdiction."); *Falcon Carriche v. Ashcroft,* 350 F.3d 845 (9th Cir.2003) (streamlining does not violate due process).

**PETITION FOR REVIEW DISMISSED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.